IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Ronnie Muldrow, | ) | C.A. No. 9:06-2218 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NFN Connerly, Nurse at Manning | ) | |
| Correctional Institution; and NFN Peppers, | ) | |
| Nurse at Manning Correctional | ) | |
| Institution, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Ronnie Muldrow filed the instant *pro se* action on August 7, 2006. (Doc. # 1). The Defendants answered on September 19, 2006. (Doc. #6). On October 26, 2006, the Defendants filed the pending motion for summary judgment. (Doc. #7). The Plaintiff filed his response to the motion for summary judgment on November 20, 2006. (Doc. #9).

This matter is before the Court upon the Report and Recommendation ("the Report") filed by United States Magistrate Judge George C. Kosko, to whom this matter was previously assigned. (Doc. #12). In the Report, the Magistrate Judge recommends the Defendants' motion for summary judgment be granted. Id. Objections to the Report were due on or before February 5, 2007. Id. To date, no party to this action has filed objections.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

1

636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation and the relevant filings in this case.  For the reasons articulated by the Magistrate Judge, and in light of no party to this action filing objections to the Report, it is hereby **ORDERED**  that the Magistrate Judge's Report and Recommendation is **ACCEPTED** and the Defendants' motion for summary judgment is **GRANTED**.  Accordingly, this action is dismissed and all pending motions are hereby rendered moot.

**IT IS SO ORDERED.**

S/ Terry L. Wooten

Terry L. Wooten
United States District Judge

July 31, 2007
Florence, South Carolina

2